# Third District Court of Appeal
## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-678
Lower Tribunal No. F94-35689
_____

**Marcos Mangual,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Marcos Mangual, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.